IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MONICA CORLEY,

    Plaintiff,

vs.                              1:12-CV-15-SPM/GRJ

HOLY FAMILY CATHOLIC CHURCH, a
Florida non-profit corporation, and
DIOCESE OF ST. AUGUSTINE, INC.,
a Florida non-profit corporation,

    Defendants.
_____/

## ORDER

This cause comes before the Court on Defendants' Third Unopposed Motion for Extension of Time to Serve Response to Amended Complaint (doc. 15). Good cause having been found, it is

**ORDERED AND ADJUDGED**:

1. The motion (doc. 15) is **granted**.

2. Defendants shall have until April 23, 2012, to respond to Plaintiff's Amended Complaint.

**DONE AND ORDERED** this 5th day of April, 2012.

                        *S/ Stephan P. Mickle*
                        Stephan P. Mickle
                        Senior United States District Judge