IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MONICA CORLEY,

    Plaintiff,

vs.                                                 1:12-CV-15-SPM/GRJ

HOLY FAMILY CATHOLIC CHURCH, a
Florida non-profit corporation, and
DIOCESE OF ST. AUGUSTINE, INC.,
a Florida non-profit corporation,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

        This cause comes before the Court on the Joint Motion To Approve Settlement and for Dismissal With Prejudice (doc. 23).  All parties were counseled and represented by their respective attorneys throughout the litigation and settlement process.  The settlement represents a reasonable compromise of disputed issues.  Accordingly, it is

        ORDERED AND ADJUDGED:

        1.     The joint motion (doc. 23) is **granted**.

        2.     This case is **dismissed with prejudice**.

        DONE AND ORDERED this 30th day of April, 2012.

                                              *S/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              Senior United States District Judge